Joshua Adam CONLAN, Petitioner-Appellant,

v.

Eric D. WILSON, Warden, Respondent-Appellee.

No. 16-7187

United States Court of Appeals, Fourth Circuit.

Submitted: December 15, 2016

Decided: December 20, 2016

Joshua Adam Conlan, Appellant Pro Se.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Adam Conlan, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED